UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MITCHELL KERSHNER, | No. 2:18-cv-0717 DB |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees . . . by a person who submits an affidavit" showing that he is unable to pay such fees. 28 U.S.C. § 1915(a).

    Here, plaintiff's in forma pauperis application reflects that plaintiff has $7,000 in cash or in a checking or savings account. (ECF No. 3 at 2.) Moreover, plaintiff owns four vehicles, worth a total value of $34,500, and his monthly expenses total only $600 per month. (Id.)

////

1

In light of plaintiff's stated financial situation, the court finds that plaintiff has failed to show that plaintiff is unable to pay the filing fees.  Thus, plaintiff has made an inadequate showing of indigency.  See Olivares v. Marshall, 59 F.3d 109, 111 (9th Cir. 1995) ("Requiring the payment of fees according to a plaintiff's ability to pay serves the dual aims of defraying some of the judicial costs of litigation and screening out frivolous claims.")  Plaintiff will therefore be granted twenty-one days in which to submit the appropriate filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and that the instant action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, plaintiff shall submit the appropriate filing fee.  Failure to comply with this order in a timely manner may result in a recommendation that this action be dismissed.

Dated:  May 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\kershner0717.ifp.den.ord

2