UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MITCHELL KERSHNER,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:18-cv-0717 DB<br><br>ORDER |

A summons was issued in this action on June 12, 2018. (ECF No. 5.) Despite the considerable passage of time, plaintiff has not filed a proof of service on the defendant and the defendant has not appeared in this action. Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen days as to why this case should not be dismissed for lack of prosecution. Failure to file a timely response may result in the dismissal of this action.

Dated: March 1, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\kershner0717.osc.service.ord

2